Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1
2
3
4
5         **UNITED STATES DISTRICT COURT**
6         **CENTRAL DISTRICT OF CALIFORNIA**
7         **EASTERN DIVISION**
8

MARIA VEGA, an individual

    Plaintiff,

v.

LOWE'S HIW, INC., a Washington Corporation; and DOES 1 through 50, inclusive,

    Defendants.

Case No.:  ED CV 13-1551-DOC(DTBX)

**[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER**

[PROPOSED] ORDER RE: STIPULATED PROTECTIVE ORDER

Hunton & Williams LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

Pursuant to stipulation by the parties and good cause appearing therefore, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE ORDER.

**IT IS SO ORDERED.**

DATED: May 19, 2014

_____
Honorable David T. Bristow
United States Magistrate Court Judge