JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VEGA,<br><br>    Plaintiff(s),<br><br>V.<br><br>LOWE'S HIW, INC.,<br><br>    Defendant(s). | CASE NO. **EDCV 13-1551-DOC(DTBx)**<br><br>ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by **September 12, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: July 9, 2014

_____
DAVID O. CARTER
United States District Judge